**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| ADVOCARE  INTERNATIONAL,  LLC and CERPUR PIONEER, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> YOUNGMI  X. LEE a/k/a YOUNG LEE, YOUNG B. PARK a/k/a YOUNG JOO PARK, LAUREN  YU WON KIM, IAN KIM a/k/a IN GWEON KIM, KUK WHAN KANG, NOSOON KOOK, JIN HWANG a/k/a JINNIE HWANG, JIN LEE a/k/a JINREE LEE, TAE LEE a/k/a TAEJOON LEE, DO LEE, CHRISTI KANG, KIL SUN CHOE a/k/a KIL CHOE, MI LEE a/k/a MI HWA LEE, KWANG SEOK LEE, BENJAMIN KIM a/k/a BEN KIM, and EUNSEOK KIM, <br><br> Defendants. <br> _____ | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> §  Civil Action No. 4:23-cv-00328-SDJ <br><br> Judge  Sean D. Jordan |

---

**STIPULATED JUDGMENT AND PERMANENT INJUNCTION**

---

Plaintiffs AdvoCare  International,  LLC  and CERPUR  Pioneer, LLC ("Plaintiffs")  and

defendants Youngmi  X. Lee a/k/a Young  Lee, Young B. Park a/k/a Young Joo Park, Lauren Yu

Won Kim, Ian Kim a/k/a In Gweon Kim, Kuk Whan Kang, Nosoon Kook, Jin Hwang a/k/a Jinnie

Hwang, Jin Lee a/k/a Jinree Lee, Tae Lee a/k/a Taejoon Lee, Do Lee, Christi Kang, Kil Sun Choe

a/k/a Kil Choe, Mi Lee a/k/a Mi Hwa Lee, Kwang Seok Lee, Benjamin  Kim a/k/a Ben Kim, and

Eunseok Kim (collectively, "Defendants") (together with Plaintiffs, "the Parties") have stipulated

and agreed to entry of this Final Judgment  and Permanent  Injunction  pursuant to the Conditional

Settlement  and Release  Agreement  ("Settlement  Agreement")  entered into by the Parties.  The

Parties have approved the substance and form of this Stipulated Final Judgment and Permanent Injunction.   Based on the pleadings, the Parties' Settlement Agreement,  and the factual, legal and/or other findings below and for other good cause,

IT IS HEREBY ORDERED, ADJUDGED,  AND DECREED that:

1.     This Court has jurisdiction of the subject matter of this action and personal jurisdiction over Defendants.

2.     Venue  is proper in this Court.

3.     The injunctive relief provisions of this Final Judgment and Permanent Injunction shall apply to Defendants  as well as Defendants'  agents, owners, servants, employees, and those persons or entities in active concert or participation with Defendants.

4.     The Parties agree that Plaintiffs have acquired rights to various trademarks that are valid and subsisting, including but not limited to: ADVOCARE® (U.S. Trademark Registration Nos. 4,898,774,  4,855,740,  and  1,959,765), 24 DAY  CHALLENGE®  (U.S.  Trademark Registration No. 4,815,953), WE  BUILD  CHAMPIONS® (U.S. Trademark  Registration No. 4,551,065), ADVOCARE  SPARK® (U.S. Trademark Registration No. 3,303,370), MNS® (U.S. Trademark Registration No. 4,587,566), SPARK® (U.S. Trademark Registration Nos. 4,883,888 and 5,354,964), and OMEGAPLEX®  (U.S. Trademark Registration No. 2,227,261) as well as a number of other federally registered trademarks (collectively, the "AdvoCare Trademarks").

5.     Defendants, and anyone acting on Defendants'  behalf or at Defendants'  direction, are hereby permanently restrained and enjoined from:

> (a)  advertising, selling, or facilitating the advertisement or sale of any goods or products bearing any of the AdvoCare Trademarks through **any medium** (including  all Internet  and non-Internet  channels), including through: (1) **any**

**storefront** on www.ebay.com ("eBay"), including but not limited to the eBay storefront that has been called "greenpastures2014" and can be accessed at https://www.ebay.com/usr/greenpastures2014;    (2) **any    storefront**    on www.walmart.com ("Walmart"), including but not limited to the Walmart storefront that has been called "H Grace Inc" and can be accessed at https://www.walmart.com/seller/101049658;    and    (3) **any    storefront**    on www.amazon.com ("Amazon"), including but not limited to: (i) the Amazon storefront that has been called "Dreamtrade", has an Amazon Merchant ID number    of    A1MWYO9R0WSUHA,    and    can    be    accessed    at https://www.amazon.com//sp?seller=A1MWYO9R0WSUHA;    (ii) the    Amazon storefront that has been called "HeGrace", has an Amazon Merchant ID number of    A163468CCGF0Q7,    and    can    be    accessed    at https://www.amazon.com//sp?seller=A163468CCGF0Q7;    (iii) the    Amazon storefront that has been called "Good Products One", has an Amazon Merchant ID    number    of    AYIU3P171RV6J,    and    can    be    accessed    at https://www.amazon.com//sp?seller=AYIU3P171RV6J;    (iv) the    Amazon storefront that has been called "everdeals4u", has an Amazon Merchant ID number    of    A1FQ9UABKHYZFT,    and    can    be    accessed    at https://www.amazon.com//sp?seller=A1FQ9UABKHYZFT;    (v) the    Amazon storefront that has been called "Illuminate", has an Amazon Merchant ID number of    A2R53PFK6NAZOM,    and    can    be    accessed    at https://www.amazon.com//sp?seller=A2R53PFK6NAZOM;    (vi) the    Amazon storefront that has been called "Best4living", has an Amazon Merchant ID

3

number of A2UWD6WE15R4LW, and can be accessed at https://www.amazon.com//sp?seller=A2UWD6WE15R4LW; (vii) the Amazon storefront that has been called "BLUEJAY05", has an Amazon Merchant ID number of A1I77UV73TUUTJ, and can be accessed at https://www.amazon.com//sp?seller=A1I77UV73TUUTJ; (viii) the Amazon storefront that has been called "Progressive Fresh Health", has an Amazon Merchant ID number of A3QONIZYSPHDTV, and can be accessed at https://www.amazon.com//sp?seller=A3QONIZYSPHDTV; (ix) the Amazon storefront that has been called "Green365", has an Amazon Merchant ID number of A1NTXYEZNYX0W3, and can be accessed at https://www.amazon.com//sp?seller=A1NTXYEZNYX0W3; (x) the Amazon storefront that has been called "forestNstreet", has an Amazon Merchant ID number of A3DNZ7AVGC8D8Z, and can be accessed at https://www.amazon.com//sp?seller=A3DNZ7AVGC8D8Z; (xi) the Amazon storefront that has been called "COSMOLINK^^", has an Amazon Merchant ID number of A3AH2KP6DTFC7G, and can be accessed at https://www.amazon.com//sp?seller=A3AH2KP6DTFC7G; and (xii) the Amazon storefront that has been called "hair to toe," has an Amazon Merchant ID number of A1F7D1N30RJ1PU, and can be accessed at https://www.amazon.com/sp?seller=A1F7D1N30RJ1PU;

(b)  using the AdvoCare Trademarks in any manner, including advertising on the Internet;

4

    (c)   purchasing or acquiring any products bearing any of the AdvoCare Trademarks for the purpose of resale; and

    (d)   importing, exporting, manufacturing, producing, distributing, circulating, shipping, selling, offering to sell, advertising, promoting, or displaying **any goods or products** bearing any of the AdvoCare Trademarks.

6.      Defendants shall:

    (a)   Take all reasonable steps sufficient to monitor and ensure that all persons within their control or employment (whether independent contractors, employees, agents, partners, or otherwise) comply with this Order, including but not limited to by providing a copy of this Order to any person within their control or employment and requiring that such persons adhere to its terms;

    (b)   Take all reasonable steps sufficient to monitor and ensure that all persons authorized to act on their behalf, including all officers and principals, comply with this Order; and

    (c)   Take all reasonable corrective action with respect to any individual whom Defendants determine is not in compliance with the terms of this Order, which may include training, disciplining, and/or terminating such individual, and notifying Plaintiffs in writing of the underlying conduct.

7.      Pursuant to Rule 65(d)(2) of the Federal Rules of Civil Procedure, this Order is binding upon the following persons who receive actual notice of it: Defendants, Defendants' officers, agents, servants, employees, and attorneys, and other persons who are in active concert or participation with Defendants.

8.      This Court shall retain jurisdiction of this matter in law and in equity for the purpose of enforcing and/or adjudicating claims in violation of this Final Judgment and Permanent Injunction.  Any such matters shall be raised by noticed motion.  The Court shall also retain jurisdiction to award Plaintiffs amounts for costs, attorneys' fees and such other relief as may be just and proper arising by reason of any future claim of violation of this Stipulated Permanent Injunction by Defendants.

9.      Plaintiffs' claims against Defendants are dismissed with prejudice.

10.     Plaintiffs and Defendants shall bear their own costs, expenses, and attorneys' fees.

**So ORDERED and SIGNED this 3rd day of January, 2024.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

6